# EXHIBIT A

[redacted]

Krispy Kreme DOUGHNUTS

[redacted]

June 16, 2025

LILY D PEACE
[redacted]

**Notice of Data Breach**

Dear Lily Peace,

We are writing to inform you of a data security incident that involved some of your personal information. We take the protection and proper use of our employees' information very seriously. We are writing to notify you of the incident, offer you complimentary identity monitoring services, and inform you of steps you can take to help protect your personal information.

**What Happened?**

On November 29, 2024, Krispy Kreme Doughnut Corporation ("Krispy Kreme") was notified regarding unauthorized activity on a portion of its information technology systems. Upon learning of the unauthorized activity, we immediately began taking steps to investigate, contain, and remediate the incident with the assistance of leading cybersecurity experts. On May 22, 2025, we determined that certain of your personal information was impacted by this incident. There is no evidence that your information has been misused, and we are not aware of any reports of identity theft or fraud as a direct result of this incident. This notification has not been delayed as the result of a law enforcement investigation.

**What Information Was Involved?**

The information involved included your name, date of birth, and Social Security number.

**What We Are Doing.**

In addition to containing the incident, we contacted law enforcement and engaged leading cybersecurity firms to assist us in assessing the incident's scope and cause. We are also offering identity monitoring services through Kroll for a period of 12 months at no cost to you. Your identity monitoring services include Credit Monitoring, Fraud Consultation, and Identity Theft Restoration.

Visit **https://enroll.krollmonitoring.com** to activate and take advantage of your identity monitoring services.

*You have until **September 14, 2025** to activate your identity monitoring services.*

Membership Number: **ERNR76399-P**

For more information about Kroll and your Identity Monitoring services, you can visit info.krollmonitoring.com. Additional information describing your services is included with this letter.

**What You Can Do.**

Please review the enclosed "Additional Resources" section included with this letter. This section describes additional steps you can take to help protect yourself, including recommendations by the Federal Trade Commission regarding identity theft protection and details on how to place a fraud alert or a security freeze on your credit file.

ELN-24402

[redacted]